IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number. 03-cr-00302-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAMES RAY FORD PERRY**,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce JAMES RAY FORD PERRY before a United States Magistrate Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this day of September 18, 2008.

                                                UNITED STATES MAGISTRATE JUDGE
                                              UNITED STATES DISTRICT COURT
                                              DISTRICT OF COLORADO